## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7140

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

July 10, 2023

**REQUEST GRANTED.**
The hearing on the violation of supervised release previously set for July 13, 2023 is rescheduled to September 26, 2023 at 2:30PM in Courtroom 15C at the 500 Pearl Street Courthouse. On the same date and time, the Court will also hold a Curcio hearing in this matter.

7/12/2023  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Melissa Valenzuela*, 23 Cr. 247 (LJL)

Dear Judge Liman:

I write respectfully to request an adjournment of the violation of supervised release hearing in this matter currently scheduled for Thursday, July 13, 2023 at 10:30 a.m. Because Ms. Valenzuela's next state court date is scheduled for September 19, 2023,[1] we respectfully request that the Court adjourn Ms. Valenzuela's hearing, subject to the Court's availability, to the week of September 25, 2023. The Government joins in this adjournment request. This is the parties' first adjournment request in this matter.

In addition, I have asked an associate in my firm, Michael Linneman, to work with me on this matter. Mr. Linneman has applied to become an Assistant United States Attorney at the United States Attorney's Office for the Southern District of New York. We have informed the Government and Ms. Valenzuela of Mr. Linneman's application and the potential conflict of interest it presents. Ms. Valenzuela informs us that she wants Mr. Linneman to assist in her defense

---

[1]   *See People v. Carmona*, CR-008131-23BX (N.Y. Crim. 2023), available at https://iapps.courts.state.ny.us/webcrim_attorney/Detail?which=case&docketNumber=HALR0ew6D1X9TKTO/gVkLQ==&courtType=L&countyId=FstEr2LUtlPbqBzUv1dQCw==&docketId=axIQCW/Zaz80GeYh2tmFBA==&docketDseq=o6PDyKIx4BvSfbvyCgDnHw==&defendantName=Carmona,+Melissa&county=BRONX&court=Bronx+Criminal+Court&recordType=C&recordNum=CwFIUcMsuWxxYmCSG0wgfw==.

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

and she would waive any conflict.  We respectfully request that the Court hold a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982).

Respectfully submitted,

Marc L. Greenwald

cc:     Justin Horton, Assistant United States Attorney