

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Court dismisses all of the specifications in the May 2023 Violation Report and terminates the revocation proceedings scheduled in this matter.
>
> 9/21/2023   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Melissa Valenzuela*, 23 Cr. 247 (LJL)

Dear Judge Liman:

On May 24, 2023, the Probation Office reported to the Court that Melissa Valenzuela, the defendant in the above-captioned case, was in violation of certain conditions of her supervised release (the "May 2023 Violation Report").[1] These violations arose principally out of the defendant's April 15, 2023, arrest in the Bronx and related charges filed by the Bronx District Attorney's Office. On June 6, 2023, the parties appeared for an initial conference with the Court. On July 12, 2023, the Court granted the parties' request to adjourn the revocation hearing scheduled for July 13, 2023, to September 26, 2023, so that it could follow the defendant's next state court date. The Court also scheduled a *Curcio* hearing to take place at the same time and date as the defendant's revocation hearing.

On September 19, 2023, the Government was informed that the Bronx District Attorney's Office had dismissed its charges against the defendant that gave rise to the principal specifications in the May 2023 Violation Report. After conferring with the Bronx District Attorney's Office and the Probation Office, both the Government and the Probation Office believe that it would be appropriate to dismiss all of the specifications in the May 2023 Violation Report.

---

[1] The defendant's underlying conviction was entered in the District of Nebraska on or about June 18, 2020, and she commenced her three-year term of supervised release in the Southern District of New York on or about December 18, 2020. On May 15, 2023, the Probation Office's request was granted to transfer jurisdiction of the defendant's case from the District of Nebraska to the Southern District of New York, and the case was assigned to this Court.

Hon. Lewis J. Liman
September 20, 2023
Page 2

      Accordingly, the Government respectfully moves for the dismissal of the specifications in the May 2023 Violation Report and the termination of the revocation proceedings in the above-captioned case.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                        By:    /s/ Justin Horton
                              Justin Horton
                              Assistant United States Attorney
                              (212) 637-2276

cc:    Defense counsel (by ECF and email)
        United States Probation Office (by email)